FILED

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0615

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0615

IN THE MATTER OF:

C.S.,

     A Youth Under the Age of Eighteen.

**ORDER**

Upon consideration of Appellant's motion for extension of time,
and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension
of time to and including September 8, 2021 within which to prepare,
file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 13 2021